UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CR-134-1BR

FILED
MAR 2 8 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA

v.

XAVIER EARQUHART

ORDER

IT IS HEREBY ORDERED that the following Government Exhibits be returned to Anthony Ventre and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Government's Exhibits:

Exhibit 203 - Bag of prepaid visa cards and receipts
Exhibit 204 - Bag of prepaid visa cards and receipts
Exhibit 205 - Bag of prepaid visa cards and receipts
Exhibit 206 - NC Driver License for Xavier Earquhart, DL 25382117
Exhibit 207 - Bag of prepaid phones, cases, and phone cards
Exhibit 215 - Key to Unit D90, Spring Texas
Exhibit 228 - Cash Counter
Exhibit 231 - 4 Notary Stamps
Exhibit 232 - Bag of gold medallion boxes
Exhibit 233 - Box of unused notary stamps
Exhibit 234 - Suitcase containing notary stamp printer and software and laptop

This __28th__ day of March, 2018 Exhibits received by: Anthony Ventre

Anthony Ventre
Print name

_[signature]_
Signature

Date: 3/28/18

_[signature]_
W. EARL BRITT
SENIOR U. S. DISTRICT JUDGE