UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-134-BR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| XAVIER MILTON EARQUHART | ) | |

This matter is before the court upon an unopposed motion by the United States to substitute certain redacted versions of trial exhibits for the unredacted versions of the same exhibits. Federal Rule of Criminal Procedure 49.1 provides that parties shall redact personal identifying information from Exhibits filed with the Court, and further provides that the Court may enter protective orders concerning the privacy of exhibits containing personal identifying information. While the use of unredacted exhibits at trial was necessary for the Government to establish the identity of the defendant, the jury's verdict renders the continued retention of unredacted unwarranted.

Therefore, for good cause shown, the Government's Motion is GRANTED. The Government is directed to file redacted versions of the following with the Clerk of Court: 1.2, 1.5, 1.9, 1.10, 2, 2.1, 2.2, 2.3, 2.4, 2.5, 3, 3.1, 5, 5.1, 6.1, 6.2, 6.3, 7, 7.2, 7.3, 7.4, 9.2, 11, 11.4, 11.5, 12, 12.1, 12.2, 12.3, 12.4, 15.5, 15.6, 15.9, 15.10, 16.5, 16.6, 16.7, 16.8, 16.10, 16.11, 16.12, 16.13, 16.14, 16.17, 16.18, 206, 206A, 216, 217, 221, 222, 226, 227, A.9, A.11, A.12, A.13, B.10, B.12, C.10, C.13, D.12, D.14, D.15, D.18, D.19, D.20, E.8, E.11, F.8, F.10, F.13, F.14, G.9, G.10, G.11, G.15, G.17, H.9, H.10, H.12, and H.13. Upon receipt and filing of the same, the Clerk of Court is directed to return the corresponding original trial exhibits to the Government for safekeeping,

1

as with other any large items of original evidence returned in this case, pending the resolution of all appeals.

This 3 April 2018.

                                                  W. Earl Britt
                                                  Senior U.S. District Judge