IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CR-134-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| XAVIER MILTON EARQUHART, | ) |
| | ) |
| Defendant. | ) |

This case comes before the court on defendant's pro se motions (D.E. 46) for transcripts and other documents without prepayment of fees for purposes of his appeal of the case to the Fourth Circuit. The Fourth Circuit has appointed Richard Croutharmel as counsel for defendant's appeal. D.E. 158.

In light of the fact that defendant is represented by counsel, the instant motions are DENIED. *See United States v. Singleton*, 107 F.3d 1091, 1103 (4th Cir. 1997) (upholding discretion of district court to restrict hybrid representation).

SO ORDERED, this 22nd day of August 2018.

James E. Gates
United States Magistrate Judge