IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00134-BR-1

UNITED STATES OF AMERICA :
:
v. :
:
XAVIER MILTON EARQUHART :

**FINAL ORDER OF FORFEITURE**

WHEREAS, on June 1, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. §§ 982(a)(1) and (a)(2)(A), based upon the guilty verdict convicting the defendant of offenses in violation of 18 U.S.C. §§ 1344, 1957 & 2, to wit:

a) $25,100.00 in U.S. Currency;

b) $17,100.00 in U.S. Currency;

c) $2,000.00 in U.S. Currency;

d) Gold and Silver bars and coins valued at approximately $225,000.00;

e) Miscellaneous Recording Studio Equipment and related accessories, described more specifically in Exhibit A to the Government's civil complaint, No. 5:17-CV-525-BR [DE-1-1];

f) A 2016 Toyota Highlander Hybrid SUV, VIN 5TDDCRFH9GS020328;

g) Miscellaneous Electronic Equipment, Computers, Cell Phones, Thumb Drives and Related Accessories, described more specifically in Exhibit A to the Government's civil complaint, No. 5:17-CV-525-BR [DE-1-1];

h) Miscellaneous Pre-Paid Debit Cards, Gift Cards and Money Orders;

      i)   A Sig Sauer Firearm, Serial Number EAK067238, and any and all accompanying ammunition and magazines;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between July 24, 2018 and August 22, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days from the first day of publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's June 1, 2018 Preliminary Order of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the June 1, 2018 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Marshall Service and/or the Internal Revenue Service is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund or the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

This 18 December 2018.

                                                _____
                                                        W. Earl Britt
                                                        Senior U.S. District Judge