IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00134-BR-1

UNITED STATES OF AMERICA          :
                                  :
v.                                :
                                  :
XAVIER MILTON EARQUHART           :


## AMENDED FINAL ORDER OF FORFEITURE AS TO ONE SIG SAUER FIREARM, SERIAL NUMBER EAK067283


WHEREAS, pursuant to the defendant being found guilty by verdict of a jury to all thirteen counts contained in the Criminal Indictment, Xavier Milton Earquhart, on March 29, 2018, to offenses in violation of 18 U.S.C. §§ 1344 and 2, 1957, and 1028A(a)(1) and 2, and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. ' 982(a) and 21 U.S.C. ' 853(p), to wit: a Sig Sauer firearm, serial number EAK067283, and any and all accompanying ammunition and magazines; AND WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED that based upon the entry of the Verdict as to the defendant, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction.

This 2 October 2019.

_____
W. Earl Britt
Senior U.S. District Judge