IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-134-BR-1

UNITED STATES OF AMERICA

v.                                                                ORDER

XAVIER MILTON EARQUHART

This matter is before the court on defendant's *pro se* motions to reappoint trial counsel and to dismiss the final order of forfeiture and return property. (DE ## 250-51.) Because counsel has already been appointed to represent defendant, (see DE # 242), his motion to reappoint trial counsel is DENIED as moot. Because defendant is represented by counsel, the court DENIES WITHOUT PREJUDICE his other motion.

This 22 January 2020.

_____
W. Earl Britt
Senior U.S. District Judge