FILED
FEB 18 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

In The United States District Court For The Eastern District of North Carolina Western Division

No. 5-17-CR-134-BR(1)

### Exhibit Ex Parte list

| | |
|---|---|
| United States of America, Plaintiff | Notice of filing of Requested Documents from Attorney of Record "Rose Mary Godwin" to be used as Presentment of Information to Mitigate Sentence Imposed |
| V. | |
| Xavier Milton Earquhart, Defendant | |

Comes Now Xavier Milton Earquhart In propria persona sui juris and defendant in error of the above actioned case hereinafter "Mr. Earquhart" to hereby Inform the Court that the undersigned has requested the foregoing Documents to present Information to Mitigate Sentence Imposed pursuant to Fed R Crim P Rule 32(f)(1), 32(I)(4)(A)(ii) and 32(f)(2) as resentencing is currently set for March 23, 2020. The foregoing Documents are hereby requested in single sided paper format

Pg 1 of 3

1) Copy of Entire case file for pending Motion for Appropriate relief in Wake County North Carolina
   - 03CRS166367
   - 05CR111282
   - ~~05CR112305~~

2) Current Docket Sheet for the istant case

3) Verdict form Returned from jury [DE 113] of the istant case

4) Ncgs 44A-14 Sale of property in Satisfaction of Judgment enforcing claim of Lien on real Property

5) Ncgs 45-21.16 Notice and hearing

6) Ncgs 45-21.1 Right to forclose or Sell under power of Sale

7) Trial Exhibits used in the istant case
   1.9, 2, 4, 7, A.2, A.3, H.1, C.2, D.1, F.1, and G.1

8) ~~Documentation of All Seized items in the istant case~~

9) All Search and Seizure Warrants & Accompaning Affedivaits

10) Copy of All Trial Exhibits

Pg 2 of 3

11) Voir Dire for the istant case [DE 101]

12) Motion in Limine [DE 87] of the istant case

13) Transcript of Arraignment [DE 104] of the instant case

14) Copy of Discovery Material for the istant case

    MR. Earquhart hereby request Rosemary Godwin to provide the Aforementioned otherwise MR. Earquhart will be prejudice by Counsel as and pursuant to USSG 6A1.3 2019 commentary Note "Disputes about sentencing factors must be resolved with care. When a Dispute exists about any factor important to the sentencing Determination, the court must ensure that the parties have an adequate opportunity to present relevant information as pursuant to USSG 6A1.3(B) 2019 the court Shall resolve disputed Sentencing factors At a sentencing hearing in accordance with rule 32(i) fed R. Crim P

Respectfully Submitted
Xavier Milton Earquhart
This 12th Day of FeB 2020
Xavier milton Earquhart
In propria persona
sui juris

pg 3 of 3