Xavier Earquhart
801 Industrial Park Rd
Farmville VA 23901

RICHMOND VA 230
14 FEB 2020 PM 7
FOREVER USA
Barn Swallow

Legal Mail

US District Court EDNC
310 New bern Ave
Raleigh NC 27601

Legal Mail

RECEIVED
FEB 18 2020
PETE CLERK
US DISTRICT COURT, EDNC

Case 5:17-cr-00134-BR   Document 262-1   Filed 02/18/20   Page 1 of 1