Xavier Earquhart
#0996068?
801 Industrial Park Rd
farmville VA 23901

Legal Mail

Clerks Office
US District Court EDN
310 Newbern Ave
Raleigh NC 27601

Legal Mail

Legal Mail

RECEIVED
MAR 16 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Case 5:17-cr-00134-BR   Document 271-1   Filed 03/16/20   Page 1 of 2

