IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-134-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XAVIER MILTON EARQUHART | ORDER |

This order memorializes and expounds upon the court's rulings made in open court today.

Defendant's *pro* se motions for the appointment of a new counsel and defense counsel's motion to withdraw are DENIED. The court does not disturb this ruling because, after the hearing today, a representative with Jurislink, the videoconference technology defendant has used to communicate with defense counsel on occasion, confirmed that the communications between defendant and defense counsel were not recorded or monitored.

During the hearing, the court directed the court reporter to provide a copy of the transcript of defendant's initial sentencing hearing to the court, defense counsel, and government counsel. Because this transcript has been filed, (see DE # 176), and is accessible to the court and all counsel via cm/ecf, the court reporter need not provide any parties with a copy of the transcript.

During the hearing, defendant expressed a desire to proceed *pro se* at his resentencing hearing, currently set for 21 September 2020. The court directed defendant to file a written motion requesting that he be allowed to proceed *pro se* at that hearing.

The Clerk is DIRECTED to serve a copy of this order on defendant and the court reporter.

This 24 August 2020.

_____
W. Earl Britt
Senior U.S. District Judge