IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-134-BR

UNITED STATES OF AMERICA

v.

ORDER

XAVIER MILTON EARQUHART

This matter is before the court on defendant's *pro se* motion to continue resentencing and objection to sentencing by videoconference, (DE # 299), and defendant's counseled notice in response to the court's 8 September 2020 text order, (DE # 300). Because defendant does not consent to his resentencing hearing being conducted by videoconference, the hearing is CONTINUED to 26 October 2020. (See 9/8/20 Text Order.) Defendant's *pro se* motion is DENIED as moot.

This 14 September 2020.

_____
W. Earl Britt
Senior U.S. District Judge