UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-00134-BR-1

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XAVIER MILTON EARQUHART | NOTICE OF DEFENDANT'S POSITION AS TO SENTENCING BY VIDEO CONFERENCING |

  The Office of the Federal Public Defender hereby respectfully provides notice to the Court of defendant Xavier Milton Earquhart's position as to sentencing by video conference on October 26, 2020.

  In response to this Court's text order entered October 6, 2020, undersigned counsel consulted with Mr. Earquhart and with Assistant United States Attorney Will Gilmore. Undersigned counsel and the government's counsel are not aware of any specific reasons that Mr. Earquhart's sentencing cannot be further delayed without serious harm to the interests of justice. Undersigned counsel consulted with Mr. Earquhart by jurislink video conferencing on October 9, 2020 regarding this matter. At that time, Mr. Earquhart advised counsel he would consent to his sentencing being continued to November 23, 2020. Over the weekend, Mr. Earquhart emailed undersigned counsel regarding this matter. Based on these emails, undersigned counsel is unsure of Mr. Earquhart's position at this time. As of this date, Mr. Earquhart has not advised undersigned counsel of any specific reasons his sentencing cannot be further delayed without serious harm to the interests of justice.

Respectfully submitted this 13th day of October, 2020.

G. Alan DuBois
Federal Public Defender

/s/ Rosemary Godwin
ROSEMARY GODWIN
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender 150
Fayetteville Street, Suite 450 Raleigh, North
Carolina 27601 Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: rosemary_godwin@fd.org
N.C. State Bar No. 18217
LR 57.1 Counsel Appointed

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

WILLIAM GILMORE
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on October 13, 2020, using the CM/ECF system which will send notification of such filing to the above.

This the 13th day of October, 2020.

*/s/ Rosemary Godwin*
ROSEMARY GODWIN
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Rosemary_Godwin@fd.org
N.C. State Bar No. 18217
LR 57.1 Counsel Appointed