

Phone (919) 645-1700
Fax (919) 645-1750

**United States District Court**
**Office of the Clerk**
PO Box 25670
Raleigh, NC 27611

Peter A Moore, Jr.,
Clerk of Court

January 21, 2021

Xavier Milton Earquhart 33867-057
FCI Williamsburg
Federal Correctional Institution
PO Box 340
Salters, South Carolina 29590-0340

     <u>RE</u>:   <u>USA v. Xavier Milton Earquhart</u>    <u>5:17-CR-134-BR-1</u>

Dear Mr. Earquhart:

    The court is in receipt of your recent letter in the above-referenced matter. Please note that if you wish to obtain copies from your Attorney of Record, Rosemary Godwin of the Office of the Federal Public Defender, you will have to write her directly. The Clerk's Office is not a courier for copy requests to other organizations.

    The ***docket sheet*** you are requesting is thirty-five pages long (35 pgs.) and comes to a total of **$17.50** based on the Judicial Conference Rate of $0.50 per page. Please make your check or money order in the amount of **$17.50**, made payable to: ***Clerk, U. S. District Court***, and mail it to the address below:

        <u>**Attention:**</u>  <u>**Copy Request System**</u>
        United States Clerk's Office
        PO Box 25670
        Raleigh, NC 27611

**Please be sure to include your name, case number, documents you are requesting, and the address where you would like the copies sent.**

    You have additionally requested a copy of your ***Presentence Investigation Report***. That is a ***SEALED*** document and the Clerk's Office cannot release a copy to you without a signed Order from the Court.

    Your request for a copy of a **TEXT ORDER** cannot be fulfilled. There is not a document attached to a TEXT ORDER; therefore, this office cannot complete this request.

    If this office can be of further assistance to you, please do not hesitate to contact us.

                                  Peter A. Moore, Jr., Clerk of Court

                                  Deputy Clerk