IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-134-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XAVIER MILTON EARQUHART | ORDER |

    This matter is before the court on defendant's *pro se* motions for compassionate release. (DE ## 341, 345.) Pursuant to Standing Order 19-SO-3, counsel was appointed to represent defendant for purposes of such a motion. (DE # 342.) Assistant Federal Public Defender Rosemary Godwin, who was also representing defendant for purposes of the criminal charges against him, filed her notice of appearance. On 8 June 2021, the court granted Ms. Godwin's motion to withdraw from representation. The Federal Public Defender is DIRECTED to appoint new counsel for defendant for the limited purpose of seeking compassionate release. Within 40 days, appointed counsel shall file a memorandum in support of defendant's *pro se* motions for compassionate release.

    This 10 June 2021.

_____
W. Earl Britt
Senior U.S. District Judge